FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA L. CONKLIN,<br><br>   Plaintiff,<br><br>  -vs-<br><br>UNITED STATES GOVERNMENT, INTERNAL REVENUE SERVICE, and SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | No.   2:22-CV-0093-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Motion and Order of Dismissal, ECF No. 5, filed in response to the Court's Order to Show Cause, ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion and Order of Dismissal, **ECF No. 5,** is **GRANTED**.

2. The case is **DISMISSED without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to *pro se* Plaintiff, and **CLOSE** this file.

DATED November 8, 2022.



_____
JAMES A. GOEKE
STATES MAGISTRATE JUDGE

ORDER - 1